JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETT VERA, an individual<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and DOES 1 through 100,<br><br>Defendants | Case No. 2:16-cv-08935-FMO-SK<br><br>**ORDER ON STIPULATION [15] TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based on the Parties' Stipulated Dismissal that has been submitted and signed by the respective attorneys for all parties in this action pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT the above-captioned action be dismissed in its entirety with prejudice and that each Party shall bear her/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 16, 2017                    /s/
                                    HON. FERNANDO M. OLGUIN
                                    United States District Judge